UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

      - v. -                          :
                                                         Indictment
                                 :
RAUL DEPAZ,
                                 :    06 Cr.

             Defendant.      **06 CRIM. 685**
                                 :
- - - - - - - - - - - - - - - - - - - x

**JUDGE KARAS**

## COUNT ONE

The Grand Jury charges:

1.   From in or about 2005, up to and including on or about April 8, 2006, in the Southern District of New York and elsewhere, RAUL DEPAZ, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that RAUL DEPAZ, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly would and did distribute and possess with intent to distribute a controlled substance, to wit, 1 kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 11 2006

## Overt Acts

3. In furtherance of the conspiracy, and to effect the illegal objects thereof, the following acts, among others, were committed in the Southern District of New York and elsewhere:

 a. In or about late February 2006, a co-conspirator not named as a defendant herein ("CC-1") transported heroin to the Bronx, New York.

 c. On or about April 8, 2006, RAUL DEPAZ, the defendant, possessed approximately 7.7 kilograms of heroin in Queens, New York.

(Title 21, United States Code, Section 846.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

Raul Depaz,

Defendant.

---

INDICTMENT

06 Cr. ____

(Title 21, United States Code, Section 846.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Betty Bradley*
Foreperson.

---

Post It 11/1/87

8/14/06 - Fld. Indictment, case assigned to Judge Karas for all purposes.

Eaton, J. U.S.M.J. NY