UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

## MEDICAL ATTENTION FORM

DATE: 8/22/06

DEFENDANT: Raul LaPay

DOCKET #: 06 CR 685

**TO THE WARDENS OF THE METROPOLITAN CORRECTIONAL CENTER, THE METROPOLITAN DETENTION CENTER, OR ANY OTHER DETENTION FACILITY:**

The above-named defendant has been remanded in lieu of bail at the time of his/her presentment before this Court. At that time, the following information requiring medical attention for the defendant was disclosed:

nervous/upset/wants to see psychologist/psychiatrist

[SDNY ELECTRONICALLY FILED 8-27-06]

_____
United States Magistrate Judge