UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :                                                  ECF CASE

UNITED STATES OF AMERICA,         :

                                                  :                    NOTICE OF APPEARANCE
                 - v. -                    :                    <u>AND REQUEST FOR</u>
                                                  :                    <u>ELECTRONIC</u>
RAUL DEPAZ,                               :                    <u>NOTIFICATION</u>

               Defendant.             :

                                                  :                    06 Cr. 685 (KMK)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The Government respectfully submits this Notice that the undersigned Assistant United States Attorney will now be representing the Government in the above-referenced matter, and the undersigned attorney respectfully requests the Clerk to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                              Respectfully Submitted,

                                                              MICHAEL J. GARCIA
                                                              Unites States Attorney

                                        By:    <u>/s/ Loyaan A. Egal</u>
                                                      Loyaan A. Egal
                                                      Assistant United States Attorney
                                                      (212) 637-2205
                                                      Loyaan.Egal@usdoj.gov