```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/24/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

    -v-

Raul DePaz

                Defendants.

Case No. 06-CR-685 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The above-entitled action having been assigned to the undersigned for all purposes,

IT IS HEREBY ORDERED that all parties appear with counsel for a conference on **April 27, 2007 at 10:15am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:     April 23, 2007
            New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE